R23 LAW APC
Peng Shao (319624)
Peng@R23Law.com
Jared V. Walder (310687)
Jared@R23Law.com
litigation@r23law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel:   888-533-2948
Fax:  415-558-0230

Bienstock PLLC
Martin Bienstock (1018852)
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 908-6601
MBienstock@BienstockPLLC.com
Admitted Pro Hac Vice
*Attorneys for Plaintiff Richard Cobbs, Jr.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RICHARD COBBS, JR.**, an individual, Plaintiff, v. **TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, AND US BANK, N.A.,** Defendants. | CIVIL ACTION NO. 5:25-CV-02536-SSS-SP **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

1

STIPULATION OF DISMISSAL

Plaintiff Richard Cobbs, Jr. ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action with prejudice and without costs as against Equifax only.

Each party shall bear its own costs, expenses, and attorneys' fees. Nothing in this Stipulation shall be deemed to limit, expand, or in any way alter the rights of any party under the settlement agreement between Plaintiff and Equifax.

This Stipulation dismisses Plaintiff's claims against Equifax only. Plaintiff's claims against Defendants Trans Union LLC and U.S. Bank, N.A. remain pending and are expressly reserved and unaffected by this Stipulation.

IT IS SO STIPULATED.

Dated: July 2, 2026

Respectfully submitted,

**BIENSTOCK PLLC**

By: */s/ Martin Bienstock*
Martin Bienstock
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 908-6601
mbienstock@bienstockpllc.com
*Attorney for Plaintiff Richard Cobbs, Jr.*

Dated: July 2, 2026

**SEYFARTH SHAW LLP**

By: */s/ Ritika Singh*
Ritika Singh (SBN 329197)
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
(469) 608-6763

2
STIPULATION OF DISMISSAL

risingh@seyfarth.com
*Counsel for Defendant*
*Equifax Information Services LLC*

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Martin Bienstock*
Martin Bienstock

**SO ORDERED.**

_____
Hon. Sunshine S. Sykes
United States District Judge

Dated: _____

3
STIPULATION OF DISMISSAL