**Bienstock PLLC**
Martin Bienstock (Pro Hac Vice)
1629 K St. Nw, Suite 300
Washington, DC 20006
Telephone: (202) 908-6601
Email:Mbienstock@bienstockpllc.com
Attorneys for Plaintiff,
**RICHARD COBBS, JR.**

**HINSHAW & CULBERTSON LLP**
Jonathan L. Blackmore (Pro Hac Vice)
Hinshaw and Culbertson, LLP
2811 Ponce De Leon Blvd, 10th Fl. Suite 1000
Coral Gables, FL 33134
Telephone: (305) 938-8510
Email:Jblackmore@hinshawlaw.com
Attorneys for Defendant,
**U.S. BANK NATIONAL ASSOCIATION**

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
Jennifer Phelps (SBN: 210746)
10333 North Meridian Street, Suite 200
Indianapolis, In 46290
Telephone: (317) 497-5600
Email:jennifer.phelps@qslwm.com
Attorneys for Defendant,
**TRANS UNION LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COBBS, JR<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.<br><br>Defendants. | Case No.:  5:25-cv-02536-SSS-SP<br><br>**STIPULATION TO EXTEND SCHEDULE OF PRETRIAL AND TRIAL DATES** |

Plaintiff RICHARD COBBS, JR. and Defendants TRANS UNION LLC and U.S. BANK NATIONAL ASSOCIATION, by and through their counsel, pursuant to Federal Rule of Civil Procedure 16(b)(4), hereby stipulate and move this Court to

- 1 -

AGREED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

extend the schedule of pretrial and trial dates (Doc. # 40), and in support thereof state as follows:

1.     On January 26, 2026, this Court entered a civil trial order which included the following schedule:

A. The deadline for fact discovery is August 21, 2026;

B. The deadline for initial expert disclosure is August 28, 2026;

C. The deadline for rebuttal expert disclosure is September 25, 2026;

D. Expert discovery cut off is October 9, 2026;

E. Last Date to Hear Motions is December 11, 2026;

F. Deadline to Complete Settlement Conference is December 31, 2026;

G. Deadline to File Motions in Limine is January 15, 2027;

H. Deadline for Oppositions to Motions in Limine is January 19, 2027;

I. Deadline for Trial Filings is February 12, 2027;

J. Hearing on Motions in Limine is February 19, 2027 at 2:00 p.m.;

K. Final Pretrial Conference is February 26, 2027 at 1:00 p.m.;

L. Jury Trial is March 15, 2027 at 9:00 a.m.

[Doc. # 40].

2.     Since entry of the schedule, the parties have been diligently engaged in fact finding, written and document discovery as well as settlement discussions in an effort to resolve this action without further court intervention.  However, additional time is needed to complete depositions of the Plaintiff and the Defendants' respective corporate representative and employee depositions (at least 5 depositions in total) prior to the forthcoming fact discovery deadline.

AGREED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

3.    Rule 16 provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Here, good cause exists for the forgoing reasons, as this is a complex case involving extensive written and document discovery, numerous witnesses to depose (at least 5 in total), with locations in various states outside California, and likely multiple expert witnesses who will need to prepare detailed written reports and be deposed. As such, the parties need additional time to complete fact discovery prior to the August 21, 2026 deadline. Further, the parties believe the requested extension will aid in the potential resolution of this action.

4.    In deciding whether good cause exists, the Court also examines the prejudice to the non-moving party. *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 330-31 (1971). Here, the parties are jointly moving, so there is no prejudice.

5.    Accordingly, the parties are seeking a 60-day (sixty) extension of the deadlines and trial setting in this matter and respectfully request the schedule be adjusted as follows:

A.  The deadline for fact discovery is October 21, 2026;

B.  The deadline for initial expert disclosure is October 28, 2026;

C.  The deadline for rebuttal expert disclosure is November 24, 2026;

D.  Expert discovery cut off is December 10, 2027;

E.  Last Date to Hear Motions is February 11, 2027;

F.  Deadline to Complete Settlement Conference is March 3, 2027;

G.  Deadline to File Motions in Limine is March 16, 2027;

H.  Deadline for Oppositions to Motions in Limine is March 30, 2027;

I.  Deadline for Trial Filings is April 12, 2027;

AGREED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

J.  Hearing on Motions in Limine is April 19, 2027 at 2:00 p.m.;

K. Final Pretrial Conference is April 26, 2027 at 1:00 p.m.;

L. Jury Trial is May 17, 2027 at 9:00 a.m.

6.    In conjunction with this Motion, the Parties attach a Proposed Order Setting forth an Amended Schedule of Pretrial and Trial Dates.

Stipulated and agreed to by:

By: */s/Martin Bienstock*
**Bienstock PLLC**
Martin Bienstock (Pro Hac Vice)
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 908-6601
Email:Mbienstock@bienstockpllc.com
Attorneys for Plaintiff,
**RICHARD COBBS, JR.**

By: */s/Jonathan Blackmore*
**HINSHAW & CULBERTSON LLP**
Jonathan L. Blackmore (Pro Hac Vice)
Hinshaw and Culbertson, LLP
2811 Ponce de Leon Blvd, 10th Fl. Suite 1000
Coral Gables, FL 33134
Telephone: (305) 938-8510
Email:Jblackmore@hinshawlaw.com
Attorneys for Defendant,
**U.S. BANK NATIONAL ASSOCIATION**

BY: */s/Jennifer Phelps*
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
Jennifer Phelps (SBN: 210746)
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600
Email:jennifer.phelps@qslwm.com
Attorneys for Defendant, Trans Union LLC

AGREED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed using the CM/ECF system on July 8, 2026, which automatically generates an email to all parties registered herein.

By: */s/Jonathan Blackmore*

Jonathan L. Blackmore, Esq. (Pro hac vice)

AGREED MOTION TO EXTEND CASE MANAGEMENT DEADLINES