UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD COBBS, JR

                    Plaintiff,

          v.


TRANS UNION LLC, et al.

                    Defendants.

Case No. 5:25-cv-02536-SSS-SPx

**ORDER GRANTING STIPULATION TO AMEND SCHEDULE OF PRETRIAL AND TRIAL DATES (Doc. # 52)**

**NOTE CHANGES MADE BY COURT**

On January 26, 2026 the Court issued its Civil Trial Order. (Doc. # 40). On July 8, 2026, the RICHARD COBBS, JR. and Defendants TRANS UNION LLC and U.S. BANK NATIONAL ASSOCIATION ("Parties") filed a Stipulation to Extend Schedule of Pretrial and Trial Dates (Doc. # 52) (the "Stipulation") with a proposed amended Schedule of Pretrial and Trial Dates pursuant to Fed. R. Civ. P. 16(b)(4).

The court, having considered Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation. The new deadlines are set forth in the Scheduling Order chart filed with this Order.

1

All deadlines established by the prior Civil Trial Order [Doc. # 40] are hereby **VACATED.**

    **IT IS SO ORDERED.**

Dated: July 9, 2026

_____
SUNSHINE S. SYKES
United States District Judge

## DISTRICT JUDGE SUNSHINE SYKES
## AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 5:25-cv-02536-SSS-SP | Case Name: | *Richard Cobbs, Jr v. Trans Union LLC, et al.* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation[1]** | **Amended Date** |
| Trial | | 3/15/2027 | **Monday at 9:00 a.m.** | May 17, 2027 |
| | | ☒ Jury Trial ☐ Bench Trial Estimated Duration: _ Days | | ☒ Jury Trial ☐ Bench Trial Estimated Duration: 5 _ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | 2/26/2027 | **Friday at 1:00pm at least 17 days before trial** | April 30, 2027 |
| **Event** **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | 3/6/2026 | **6 weeks after Scheduling Conference** | March 6, 2026 |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | | 8/21/2026 | **27 weeks before FPTC** | October 21, 2026 |
| Expert Disclosure (Initial) | | 8/28/2026 | **26 weeks before FPTC** | October 28, 2026 |
| Expert Disclosure (Rebuttal) | | 9/25/2026 | **24 weeks before FPTC** | November 24, 2026 |
| Expert Discovery Cut-Off | | 10/9/2026 | **22 weeks before FPTC** | December 10, 2026 |
| Last Date to <u>Hear</u> Motions • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | 12/11/2026 | **11 weeks before FPTC** | February 12, 2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | 12/31/2026 | **8 weeks before FPTC** | March 3, 2027 |
| | | ☐ 1. Magistrate Judge ☐ 2. Court Mediation Panel ☒ 3. Private Mediation | | ☐ 1. Magistrate Judge ☐ 2. Court Mediation Panel ☒ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| Deadline to File Motions in Limine | 1/15/2027 | **6 weeks before FPTC** | March 16, 2027 |
|---|---|---|---|
| Deadline for Oppositions to Motions in Limine | 1/29/2027 | **4 weeks before FPTC** | March 30, 2027 |
| Trial Filings<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2/12/2027 | **2 weeks before FPTC** | April 9, 2027 |
| Hearing on Motions in Limine | 2/19/2027 at 2:00 p.m. | **1 week before FPTC** | April 23, 2027 |